UNITED STATES DISTRICT COURT
SOFTWARE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ADN JEANS GROUP LLC

                Plaintiff(s),

      - against -

MUNDI TRADE, INC.

               Defendant(s),
-------------------------------------------------------------X

23 Civ. 2862 (ALC)

**CLERK'S CERTIFICATE
OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 5, 2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Mundi Trade, Inc. by personally serving the New York State Secretary of State, and proof of service was therefore filed on April 13, 2023, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

               , 20___

                                                RUBY J. KRAJICK
                                                  Clerk of Court

                                    By: _____
                                               Deputy Clerk