# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Plaintiff(s)<br>ADN JEANS GROUP LLC<br>vs.<br><br>MUNDI TRADE, INC.<br><br>Defendant(s)<br>_____ | **Request for Clerk's Certificate of Default**<br><br>Civil Case No. 23-CV-2862 (ALC) |

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Ronald Adelman requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

    1) is not an infant or incompetent person;

    2) is not in the military service;

    3) was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

    4) has defaulted in appearance in the above captioned action.

s/Ronald Adelman
_____
**Counsel for Plaintiff(s) / Plaintiff(s) Pro se**