UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ADN JEANS GROUP LLC

                              **Plaintiff(s),**

                            23 Civ. 2862 (ALC)

                 **- against -**

                            **CLERK'S CERTIFICATE
OF DEFAULT**

MUNDI TRADE, INC.

                              **Defendant(s),**
-------------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 5, 2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Mundi Trade, Inc. by personally serving the New York State Secretary of State, and proof of service was therefore filed on April 13, 2023, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

        May 11, 2023

                                                        RUBY J. KRAJICK
                                                        Clerk of Court

                                         **By:** _____
                                                           Deputy Clerk