UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADN JEANS GROUP LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MUNDI TRADE, INC.<br><br>*Defendant.* | Civil Action No.: 23-cv-02862(ALC)<br><br>**CONSENT ORDER** |

    **THIS MATTER**, having been brought before the Court by Jensen Law Firm LLC attorneys for Defendant, Mundi Trade, Inc. ("Defendant") on notice to and with the consent of Stropheus LLC, attorneys for the above-named Plaintiff, ADN Jeans Group LLC ("Plaintiff"), and the Court having considered the present application and for good cause having been shown;

    IT IS on this __29__ day of __June__, 2023;

    **ORDERED** that the Clerk's Certificate of Default entered on May 11, 2023 [Dkt. 11] is hereby vacated as to Defendant pursuant to F.R.C.P 55(c); and it is

    **FURTHER ORDERED** that Defendant shall be and hereby is permitted to file an Answer, responsive pleading, or, if required, a request for a pre-motion conference in response to the Complaint in this matter; and it is

    **FURTHER ORDERED** that any Answer, responsive pleading or, if required, any request for a pre-motion conference shall be filed on or before July 14, 2023; and it is

    **FURTHER ORDERED** that in the event that a request for a pre-motion conference is required, Defendant's time to file an Answer or responsive pleading shall be stayed pending resolution of any such request/the pre-motion conference and further order of the Court;

**FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record in this action by way of ECF.

_____
Hon. Andrew L. Carter, Jr., U.S.D.J.

**The undersigned hereby consent to the form and entry of the within Order.**

| **JENSEN LAW FIRM LLC** | **STROPHEUS LLC** |
|---|---|
| _/s/Christian Jensen_ | _/s/ Ronald Adelman_ |
| Christian Jensen, Esq. | Ronald Adelman, Esq. |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| Dated: June 28, 2023 | Dated: June 28, 2023 |