

July 11, 2023

<u>VIA ECF</u>
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:    ADN Jeans Group, LLC v. Mundi Trade, Inc. - No. 23-cv-02862-ALC
              Response to Request to Remove Counsel of Record

Dear Judge Carter:

    This firm is counsel to Defendant, Mundi Trade, Inc. ("Defendant" or "Mundi") in the above referenced matter.  We are receipt of the request made by Ronald Adelman, Esq. to be removed as counsel of record [Dkt. 18] for Plaintiff in this matter.  While Mundi does not object to the removal/withdrawal of Mr. Adelman, it respectfully objects to the request for a stay of any kind which has not been briefed and, in any event, does not seem appropriate.

    Per Mr. Adelman's letter, "[the Stropheus Firm] will continue to represent Plaintiff as far as [he] knows," the Stropheus firm has multiple attorneys, and, at present, all that is pending is Mundi's request for a pre-motion conference seeking leave to file a motion to dismiss per <u>F.R.C.P.</u> 12(b)(6).  There is no need to delay resolution of that issue and the Stropheus firm is free to have another associated attorney enter an appearance as counsel of record at any time.

                                                      Respectfully submitted,
                                                      <u>*/s/ Christian Jensen*</u>
                                                      Christian Jensen

cc:  Plaintiff's counsel (via ECF)

**New Jersey**                                                      www.jensenfirm.com
233 Mt. Airy Road                           christian@jensenfirm.com
Suite 133                                                           phone:  (908) 758-1265
Basking Ridge, NJ 07920                       fax: (908) 332-5737